**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| *In re: Arbor Associates, Inc. Data Security Litigation* | Case No.: 1:25-cv-00775-JMB-SJB<br><br>Hon. Jane M. Beckering |

**ORDER EXTENDING TIME FOR DEFENDANT ARBOR ASSOCIATES, INC. TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Upon consideration of the Joint Stipulation for Extension of Time for Defendant to File an Answer (ECF No. 28), the Court GRANTS the Joint Stipulation. Accordingly:

**IT IS HEREBY ORDERED** that the deadline for Defendant Arbor Associates, Inc. to answer or otherwise respond to Plaintiffs' Consolidated Class Action Complaint (ECF No. 25) shall be extended up to and including January 9, 2026.

**IT IS SO ORDERED.**

This Order does **not** resolve any pending claim in this action and the case remains open.

Dated: December 29, 2025          /s/ Jane M. Beckering
                                   JANE M. BECKERING
                                   United States District Judge