**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| *In re: Arbor Associates, Inc. Data Security Litigation* | Case No.: 1:25-cv-00775-JMB-SJB<br><br>Hon. Jane M. Beckering |

**JOINT STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Defendant Arbor Associates, Inc. ("Defendant") and Plaintiffs Carmen De Gisi, Allen Geiler, and Jonifonku Fowler (collectively, "Plaintiffs"), by and through their respective undersigned counsel(s) of record, hereby stipulate and agree as follows in support of this Joint Stipulation to Extend Defendant's Deadline to Respond to Plaintiffs' Consolidated Class Action Complaint ("Joint Stipulation"):

1. Plaintiffs filed their Consolidated Class Action Complaint ("Consolidated Complaint") on or about November 13, 2025 (PageID.134-200).

2. Pursuant to the Court's Order Extending Time for Defendant Arbor Associates, Inc. Time to Respond to Plaintiffs' Class Action Complaint, which was filed on December 29, 2025 (PageID.216), Defendant's current deadline to file an answer to the Consolidated Complaint is January 9, 2026 ("Extension Order").

3. The Parties are continuing to discuss early the resolution of this litigation through mediation and require additional time to confer and schedule same.

4. The Parties respectfully request that this Court enter an order in substantially the same form as the Order Extending Defendant's Deadline to Respond to Plaintiffs' Class Action Complaint, which extends Defendant's deadline to respond to Plaintiff's Consolidated Complaint through January 30, 2026. A proposed Order Extending Defendant's Deadline to Respond to

Plaintiffs' Consolidated Class Action Complaint is attached hereto as **Exhibit A**.

5. The Parties conferred on January 9, 2026, and Plaintiffs consent and agree to the brief extension of time requested herein.

6. Good cause exists to grant this extension, as it will not result in prejudice to any party or to the Court.

7. This extension of time is not requested for purposes of delay, will not affect any other deadline set by the Court, and will not result in any prejudice to the Parties or to the Court.

8. By seeking this extension of time, Defendant does not waive any rights, objections, or defenses in this case.

WHEREFORE, Plaintiffs and Defendant respectfully request that this Court enters the attached Order Extending Defendant's Deadline to Response to Plaintiff's Consolidated Class Action Complaint through January 30, 2026.

APPROVED FOR ENTRY ON THIS <u>9TH</u> DAY OF JANUARY 2026:

Respectfully Submitted,

**Gordon Rees Scully Mansukhani, LLP**

By: <u>/s/ Luke D. Wolf</u>
    Luke D. Wolf (P81932)
    37000 Woodward Avenue, Suite 225
    Bloomfield Hills, MI 48304
    (313) 756-6404 | (313) 406-7373 (fax)
    lwolf@grsm.com
    *Counsel for Defendant, Arbor Associates Inc.*

**The Miller Law Firm, P.C.**

By: <u>/s/ Emily E. Hughes (with consent)</u>
    Emily Hughes (P68724)
    950 W. University Drive, Ste. 300
    Rochester, MI 48307-1887
    eeh@millerlawpc.com
    *Co-Lead Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2026, the foregoing was submitted via the Court's CM/ECF Case Management Electronic Case Filing System which automatically served on all counsel of record in this matter.

By: <u>/s/ Luke D. Wolf</u>
Luke D. Wolf, Esq.
Gordon Rees Scully Mansukhani, LLP

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| *In re: Arbor Associates, Inc. Data Security Litigation* | Case No.: 1:25-cv-00775-JMB-SJB<br><br>Hon. Jane M. Beckering |

### ORDER EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

Upon consideration of the Joint Stipulation to Extend Defendant's Deadline to Response to Plaintiffs' Consolidated Class Action Complaint (the "Joint Stipulation"), jointly stipulated, agreed to, and submitted by Plaintiffs Carmen De Gisi, Allen Geiler, and Jonifonku Fowler (collectively, the "Plaintiffs") and Defendant Arbor Associates, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, seeking entry of this Order Extending Defendant's Deadline to Respond to Plaintiffs' Consolidated Class Action Complaint, and it appearing that the relief requested in the Joint Stipulation is an appropriate request based upon the mutual agreement and stipulation of the Parties hereto;

**NOW, THEREFORE:**

**IT IS HEREBY ORDERED** that the deadline for Defendant Arbor Associates, Inc. to answer or otherwise respond to Plaintiffs' Consolidated Class Action Complaint shall be extended through January 30, 2026.

**IT IS SO ORDERED.**

This Order does **not** resolve any pending claim in this action and the case remains open.

Dated: _____

_____
HON. JANE M. BECKERING
United States District Judge