UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Arbor Associates, Inc. Data Security Litigation

Case No. 1:25-cv-775

HON. JANE M. BECKERING

______________________________/

**JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that the Consolidated Complaint is DISMISSED.

This case is closed.

Dated: July 8, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge